**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**KRISTINE M DAVIS,**<br><br>　　　　　　**Defendant.** | **Case No.  CR06-5544RBL**<br><br>**ORDER RE:**<br>**REVOKING**<br>**APPEARANCE BOND** |

　　**THIS MATTER** comes on for an evidentiary hearing on the Petition of the United States Pretrial Office alleging that the defendant has violated five conditions of release.

　　The plaintiff appears through Special Assistant United States Attorney, Arlen Storm;

　　The defendant appears personally and represented by counsel; Zenon Olbertz;

　　The U.S. Pretrial Office has filed a petition alleging violations of the terms and conditions of release, and the defendant has been advised of the allegations as well as the maximum potential sanction if substantiated. The defendant has admitted violations #1-5 as advised. Therefore, the court has found probable cause with regard to the reported violations and hereby REVOKES the Appearance Bond issued on September 12, 2006.

　　( ✔ ) **Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.**

　　The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

　　　　　　　　　　　　　　　　　　　　　　**December 18, 2006.**

　　　　　　　　　　　　　　　　　　　　　　　s/ Karen L Strombom
　　　　　　　　　　　　　　　　　　　　　　**Karen L. Strombom, U.S. Magistrate Judge**